IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | CASE NUMBER 6:18-CR-00068-JDK |
| v. | § | |
| | § | |
| | § | |
| DANIEL WAYNE MCCORMICK, | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY
PURSUANT TO RULE 11(c)(1)(C)**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John Love regarding defendant's plea of guilty under the provisions of Rule 11(c)(1)(C) to Counts Four and Nine of the Indictment with a violation of Title 18 U.S.C. § 2251(a) and (e) - Production of Child Pornography. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed March 20, 2019, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Counts Four and Nine of the Indictment in the above-numbered cause, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the

presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

So **ORDERED** and **SIGNED** this **20th** day of **March, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE